UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE,<br><br>Defendant. | CASE NO.: 2:25-cv-03646 AB-RAO<br><br>**[PROPOSED] ORDER RE CONTEMPT AGAINST WEST PAC CONCRETE, INC. dba WEST PACIFIC CONCRETE** |

The Court's Order to Show Cause Re Contempt was called for a hearing on February 13, 2026 before the Honorable André Birotte Jr., United States District Judge, Natalia Bautista of Reich, Adell & Cvitan appearing on behalf of Plaintiff, and no appearance by counsel or other representative of Defendant, WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE.

/ /

-1-

## FACTUAL BACKGROUND

On August 14, 2025, the Court issued an Interlocutory Order for Accounting requiring Defendant to submit to a full audit of payroll and business records within 15 days of service of the Order. [Dkt. No. 19.] Defendant failed to comply with the Court's August 15, 2025, Order. Therefore, on October 9, 2025, Plaintiff filed an Application for an Order to Show Cause re: Contempt. [Dkt. No. 20.] On October 31, 2025, the Court issued an Order to Show Cause directing Defendant to appear before the Court on December 5, 2025, to show cause why it should not be found in contempt for failure to comply with the Court's August 14, 2025, Order. [Dkt. No. 21.] Neither party appeared. The Court denied the Order to Show Cause without prejudice. [Dkt. No. 20.] On December 9, 2025, Plaintiff filed a second Application for Order to Show Cause re: Contempt. [Dkt. No. 24.] On January 14, 2026, the Court issued an Order to Show Cause directing Defendant to appear before the Court on February 13, 2026. [Dkt. No. 25.] Defendant failed to respond to the Court's Order to Show Cause and failed to appear at the hearing.

**IT IS THEREFORE ADJUDGED AND DECREED** that Defendant, **WEST PAC CONCRETE, INC.**, a California corporation also known as and doing business as **WEST PACIFIC CONCRETE**, having failed to appear for the Order to Show Cause re Contempt hearing as directed by this Court, is hereby adjudged **IN CONTEMPT** of the Court's August 14, 2025 Order.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-2-