JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE,<br><br>Defendant. | Case No. 2:25-cv-03646 AB-RAO<br><br>**[~~PROPOSED~~] FINAL JUDGMENT** |

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment and Final Order for Accounting, **IT IS HEREBY ORDERED ADJUDGED AND DECREED that:**

**FINAL JUDGMENT is entered** in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to Laborers Health and Welfare Trust Fund for Southern California; Construction Laborers Pension Trust for Southern California; Construction Laborers'

Vacation Holiday and Sick Pay Trust Fund for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Fund for Construction Industry Advancement; Center for Contract Compliance; Laborers Contract Administration Trust Fund for Southern California; Laborers' Trusts Administrative Trust Fund for Southern California; San Diego County Construction Laborers Pension Trust Fund, San Diego Construction Advancement Fund 2003 and Southern California Partnership for Jobs Trust Fund and against WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE for the **Principal sum of $635,756.74; Interest in the sum of $248,328.51; Attorney's fees of $16,315.13; and court costs in the sum of $634.00 for a total Judgment sum of $901,034.37** covering the period from January 1, 2018 to May 31, 2024.

The money JUDGMENT in this action is for delinquencies incurred for time periods from January 1, 2018 to May 31, 2024; however, since (1) WEST PAC failed to produce records to Plaintiff from January 1, 2018 to date, failed to obey this Court's Audit Order issued on August 14, 2025 [ECF No. 19], and was found in Contempt of that Audit Order and an Order Re Contempt was issued on February 19, 2026 [ECF No. 30]; and (2) the partial audit was based upon limited records and covered only the time period from January 1, 2018 through September 2022, and Plaintiff's estimated audit covered the period from October 2022 to May 2024, if any additional amounts are discovered to be owed by WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE after January 1, 2018, the money judgment in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff or TRUST FUNDS to determine and seek collection of any amount due, or that is discovered to be due by WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE to any one or more of the TRUST FUNDS during the period after January 1, 2018.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED that:** a Final Order for Accounting is issued against WEST PAC CONCRETE, INC., a California corporation also known as and doing business as WEST PACIFIC CONCRETE ("EMPLOYER") and/or its managing officers, including its President and Chief Financial Officer, Julio C. Baez, accountants, managing employees, agents, and all persons acting by, through or in concert with EMPLOYER be compelled to forthwith submit to an audit of EMPLOYER's payroll and business records and that they produce and allow TRUST FUNDS to copy and have audit access to the payroll and business records for EMPLOYER from January 1, 2018 to the date of the audit as follows:

1. Payroll and employee documents including, but not limited to, EMPLOYER's payroll journals, employees earning records, certified payrolls, payroll check books and stubs, canceled payroll checks, payroll time cards, state and federal payroll tax returns, labor distribution journals, any other documents reflecting the number of hours which EMPLOYER's, employees worked, their names, social security numbers, addresses, job classifications and the projects on which the employees performed their work.
2. EMPLOYER's job files for each contract, project or job on which EMPLOYER worked, including all documents, agreements, and contracts between EMPLOYER, and any general contractor, subcontractor, builder and/or developer, field records, job records, notices, project logs, supervisor's diaries or notes, employees diaries, memorandum, releases and any other documents which related to the supervision of EMPLOYER's employees and the projects on which they performed their work.
3. EMPLOYER's documents related to cash receipts, including but not limited to, the cash receipts journals, accounts receivable journal,

accounts receivable subsidiary ledgers and billing invoices for all contracts, projects or jobs on which EMPLOYER worked.

4. EMPLOYER's bank statements for all checking, savings and investment accounts.

5. EMPLOYER's documents related to cash disbursements, including but not limited to, vendors' invoices, cash disbursement journal, accounts payable journals, check registers, cancelled checks and all other documents which indicate cash disbursements.

6. Monthly Report Forms submitted by EMPLOYER to any union trust fund.

**IT IS SO ORDERED.**

Dated: September 1, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE